# JUDGE SAND

# 07 CV 11344

CLOSED

## U.S. District Court
### Western District of Pennsylvania (Pittsburgh)
### CIVIL DOCKET FOR CASE #: 2:07-cv-01293-JFC
### Internal Use Only

CBS CORPORATION v. EATON CORPORATION
Assigned to: Joy Flowers Conti
Demand: $75,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 09/25/2007
Date Terminated: 11/30/2007
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

### Plaintiff

**CBS CORPORATION**
*formerly known as*
VIACOM, INC.

represented by **Steven W. Zoffer**
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272
Email: szoffer@dmclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David D. McKenery, Jr.**
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402
(412) 392-5216
Email: dmckenery@dmclaw.com
*ATTORNEY TO BE NOTICED*

**Frederick W. Bode, III**
Dickie, McCamey & Chilcote
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272
Email: rbode@dmclaw.com
*ATTORNEY TO BE NOTICED*

**Kristen Hock Prex**
Dickie, McCamey & Chilcote, P.C.
Two PPG Place
Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272

CERTIFIED FROM THE RECORD
Date December 13, 2007
ROBERT V. BARTH, JR., CLERK
By Joseph V. Ventrose
Deputy Clerk

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____ DEPUTY CLERK

Fax: 412-392-5367
Email: kprex@dmclaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**EATON CORPORATION**     represented by    **Elizabeth M. Bradshaw**
Dewey & LeBoeuf
180 North Stetson
Suite 3700
Chicago, IL 60601
(312) 794-8050
Email: ebradshaw@dl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph F. Butcher**
Zimmer Kunz
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219
(412) 281-8000
Email: butcher@zklaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/25/2007 | 1 | COMPLAINT against EATON CORPORATION ( Filing fee $ 350 receipt number 694124), filed by CBS CORPORATION. (Attachments: # 1 Civil Cover Sheet # 2 Summons as to Eaton Corporation # 3 Receipt) (jv) (Entered: 09/26/2007) |
| 09/25/2007 | | (Court only) *** Case Assigned to Category Number 9 (jv) (Entered: 09/26/2007) |
| 09/25/2007 | | Summons Issued as to EATON CORPORATION. (jv) (Entered: 09/26/2007) |
| 09/26/2007 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE. re 1 Complaint ERROR: Party did not file disclosure statement as required pursuant L.R. 7.1.1 CORRECTION: Attorney advised to file statement within 7 days. This message is for informational purposes only. Disclosure Statement due by 10/5/2007. (jv) (Entered: 09/26/2007) |
| 10/02/2007 | 2 | Disclosure Statement identifying National Amusements, Inc. as corporate parent, by CBS CORPORATION. (Zoffer, Steven) (Entered: 10/02/2007) |
| 10/18/2007 | 3 | NOTICE of Appearance by Joseph F. Butcher on behalf of EATON CORPORATION (Butcher, Joseph) (Entered: 10/18/2007) |

| 10/18/2007 | 4 | MOTION for attorney Elizabeth M. Bradshaw to Appear Pro Hac Vice Filing fee $ 40 Receipt # 712791 by EATON CORPORATION. (Attachments: # 1 Proposed Order # 2 Exhibit A)(Butcher, Joseph) (Entered: 10/18/2007) |
|---|---|---|
| 10/18/2007 | 5 | MOTION to Transfer Case, MOTION to Dismiss re 1 Complaint by EATON CORPORATION. (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B)(Butcher, Joseph) (Entered: 10/18/2007) |
| 10/19/2007 | 6 | ORDER on Motion Practice. Signed by Judge Joy Flowers Conti on 10/19/07. (smc) (Entered: 10/19/2007) |
| 10/19/2007 | 7 | NOTICE of Appearance by Frederick W. Bode, III on behalf of CBS CORPORATION (Bode, Frederick) (Entered: 10/19/2007) |
| 10/22/2007 | 8 | NOTICE of Appearance by David D. McKenery, Jr on behalf of CBS CORPORATION (McKenery, David) (Entered: 10/22/2007) |
| 10/22/2007 | 9 | NOTICE of Appearance by Kristen Hock Prex on behalf of CBS CORPORATION (Prex, Kristen) (Entered: 10/22/2007) |
| 10/23/2007 |  | ORDER granting 4 Motion to Appear Pro Hac Vice. Elizabeth M. Bradshaw admitted pro hac vice for Defendant Eaton Corporation. Signed by Judge Joy Flowers Conti on 10/19/07. Text-only entry; no PDF document will issue. This text-only entry constitutes the Court's order or notice on the matter. (smc) (Entered: 10/23/2007) |
| 11/06/2007 | 10 | RESPONSE *IN OPPOSITION* to 5 Motion to Transfer Case, Motion to Dismiss, filed by CBS CORPORATION. (Attachments: # 1 Proposed Order)(Zoffer, Steven) (Entered: 11/06/2007) |
| 11/30/2007 | 11 | ORDER granting 5 Motion to Transfer Case; denying 5 Motion to Dismiss. It is hereby ORDERED that defendant Eaton Corporation's motion to dismiss or to transfer venue (Doc. No. 5) is GRANTED in part and DENIED in part. The case shall be transferred to the United States District Court for the Southern District of New York FORTHWITH. In all other respects, the motion to dismiss is DENIED. Signed by Judge Joy Flowers Conti on 11/30/2007. (amj) (Entered: 11/30/2007) |
| 12/03/2007 |  | Remark: Case Transferred, Via Extract, 3.0, to the The United States District Court, Southern District of New York. Awaiting notification from Southern District of New York that they received case via E-Mail generated (from Extract 3.0) from WDPA. (jv) (Entered: 12/03/2007) |
| 12/13/2007 |  | Remark: Mailed (by US Mail) Certified Copy of 11 Memorandum and Transfering Order and Certified copy of Docket entries to Southern District of New York (Attn: Case Assignment, Dorothy Guranch) (jv) (Entered: 12/13/2007) |