## IN THE UNITED STATES DISTRICT COURT
## FOR SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CBS CORPORATION, formerly known as VIACOM, INC., ) ) ) Plaintiff, ) ) v. ) ) EATON CORPORATION, ) ) Defendant. ) | No. 07-cv-11344<br><br>Hon. Leonard B. Sand |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Eaton Corporation in the above-captioned action certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Date:   New York, New York
        January 23, 2008

                                                    KATSKY KORINS LLP
                                                    Attorneys for Eaton Corporation

                                                    By: /s/ Robert A. Abrams
                                                        Robert A. Abrams
                                                        605 Third Avenue, 16th Floor
                                                        New York, New York 10158
                                                        (212) 716-3237
                                                        Fax: (212) 953-6899

                                                        Elizabeth M. Bradshaw
                                                        Daniel Burstein
                                                        DEWEY & LEBOEUF LLP
                                                        Two Prudential Plaza
                                                        180 North Stetson Avenue, Suite 3700
                                                        Chicago, IL 60601
                                                        (312) 794-8000
                                                        Fax: (312) 729-6550

314160-1-W

CH18931.1