UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CBS CORPORATION, formerly known as    :
VIACOM, INC.,

                Plaintiff,    :    Index No. 07 CV 11344 (LBS)

- against -    :

EATON CORPORATION,    :    **AFFIDAVIT OF SERVICE**

                Defendant.    :
------------------------------------------------------------------X

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

      DARRYL SMALLS, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in the State of New York.

      On January 22, 2008, deponent served an Answer and Affirmative Defenses upon the following:

                David D. McKenery, Jr.
                Dickie, McCamey & Chicote
                Two PPG Place, Suite 400
                Pittsburgh, PA 15222-5402

                Frederick W. Bode, III
                Dickie, McCamey & Chicote
                Two PPG Place, Suite 400
                Pittsburgh, PA 15222-5402

                Kristen Hock Prex
                Dickie, McCamey & Chicote
                Two PPG Place, Suite 400
                Pittsburgh, PA 15222-5402

314165-1-W

Steven W. Zoffer  
Dickie, McCamey & Chicote  
Two PPG Place, Suite 400  
Pittsburgh, PA 15222-5402

the addresses designated for that purpose, by depositing a true copy of same, via First Class Mail, in a prepaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____  
DARRYL SMALLS

Sworn to before me this  
23rd day of January, 2008

_____  
Notary Public

CHRISTINE ENGLAND BECKNEL  
Notary Public, State of New York  
No. 24-4887583  
Qualified in Bronx County  
Commission Expires March 23, 20 11

314165-1-W                                        2