UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| CBS CORPORATION, formerly known as VIACOM, INC., | : | |
| Plaintiff, | : | Index No. 07 CV 11344 (LBS) |
| - against - | : | |
| EATON CORPORATION, | : | **AFFIDAVIT OF SERVICE** |
| Defendant. | : | |

------------------------------------------------------------------X

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

NOEL RIVERA, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in the State of New York.

On January 23, 2008, deponent served a Disclosure Statement upon the following:

David D. McKenery, Jr.
Dickie, McCamey & Chicote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Frederick W. Bode, III
Dickie, McCamey & Chicote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Kristen Hock Prex
Dickie, McCamey & Chicote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

314073-1-W

Steven W. Zoffer
Dickie, McCamey & Chicote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

the addresses designated for that purpose, by depositing a true copy of same, via First Class Mail, in a prepaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
NOEL RIVERA

Sworn to before me this
23rd day of January, 2008

_____
Notary Public

CHRISTINE ENGLAND BECKNEL
Notary Public, State of New York
No. 24-4887583
Qualified in Bronx County
Commission Expires March 23, 20 11

314073-1-W                                 2