UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CBS CORPORATION, formerly known as
VIACOM, INC.,

                Plaintiff,

v.

EATON CORPORATION,

                Defendant.
------------------------------------------------------x

Civil Action No. 07 CV 11344 (LBS)

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

**PLEASE TAKE NOTICE** that, upon the Affidavit of Robert A. Abrams submitted herewith and the accompanying Declarations of Elizabeth M. Bradshaw and Daniel Burstein, the undersigned will move this Court before the Honorable Leonard B. Sand at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order, pursuant to Rule 1.3(c) of the Local Civil Rules of the Southern District of New York, admitting Elizabeth M. Bradshaw and Daniel Burstein *pro hac vice*.

Dated: New York, New York
       January 18, 2008

                              Respectfully submitted,
                              KATSKY KORINS LLP
                              Attorneys for defendant Eaton Corporation

                              By: _____
                              Robert A. Abrams
                              605 Third Avenue
                              New York, NY 10158
                              Telephone: (212) 716-3237
                              Facsimile: (212) 953-6899

313976-2-W

TO:

David D. McKenery, Jr.
Dickie, McCamey & Chicote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Frederick W. Bode, III
Dickie, McCamey & Chicote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Kristen Hock Prex
Dickie, McCamey & Chicote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Steven W. Zoffer
Dickie, McCamey & Chicote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

313976-2-W

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```
CBS CORPORATION, formerly known as
VIACOM, INC.,

               Plaintiff,

    v.

EATON CORPORATION,

               Defendant.
```
------------------------------------------------------------x
```

Civil Action No. 07 CV 11344 (LBS)

**AFFIDAVIT IN SUPPORT
OF MOTION TO ADMIT
ELIZABETH M. BRADSHAW AND
DANIEL BURSTEIN
*PRO HAC VICE***

STATE OF NEW YORK   )
                                : ss.
COUNTY OF NEW YORK  )

    **ROBERT A. ABRAMS**, being duly sworn, deposes and says:

    1.    I am a member of the firm of Katsky Korins LLP, counsel for defendant Eaton Corporation. I submit this affidavit in support of the motion, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an Order granting Elizabeth M. Bradshaw and Daniel Burstein admission *pro hac vice* to the bar of the United States District Court for the Southern District of New York in order to argue and try the above captioned case.

    2.    I am a member in good standing of the bar of this Court.

    3.    Ms. Bradshaw is a member of Dewey & LeBoeuf LLP with an address of Two Prudential Plaza, 180 North Stetson Avenue, Suite 3700, Chicago, Illinois 60601. Ms. Bradshaw is a member in good standing and eligible to practice in the State of Illinois.

    4.    Mr. Burstein is associated with Dewey & LeBoeuf LLP with an address of Two Prudential Plaza, 180 North Stetson Avenue, Suite 3700, Chicago, Illinois 60601. Mr. Burstein is a member in good standing and eligible to practice in the State of Illinois.

313976-2-W

5.  I have reviewed the Declarations of Elizabeth M. Bradshaw and Daniel Burstein in support of the motion for admission *pro hac vice* submitted herewith, and I believe that the declarations are true and correct. Both Ms. Bradshaw and Mr. Burstein are experienced in Federal practice and are familiar with the Federal Rules of Civil Procedure and the facts of this case.

6.  I have found that Ms. Bradshaw and Mr. Burstein to be persons of integrity and of high moral character.

7.  Accordingly, I am pleased to move the admission of Elizabeth M. Bradshaw and Daniel Burstein, *pro hac vice*.

8.  I respectfully submit a proposed order, a copy of which is attached hereto, granting the admission of Elizabeth M. Bradshaw and Daniel Burstein, *pro hac vice*.

_____
ROBERT A. ABRAMS

Sworn to before me this
18th day of January, 2008

_____
Notary Public

LINDA MARSHALL
Notary Public, State of New York
No. 01MA4744180
Qualified in Queens County
Commission Expires October 31, 20\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
CBS CORPORATION, formerly known as
VIACOM, INC.,

                 Plaintiff,

    v.

EATON CORPORATION,

                 Defendant.
---------------------------------------------------------x

Civil Action No. 07 CV 11344 (LBS)

**DECLARATION OF
ELIZABETH M. BRADSHAW**

     **ELIZABETH M. BRADSHAW**, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

     1.    I am a partner of the law firm Dewey & LeBoeuf LLP, located at Two Prudential Plaza, 180 North Stetson Avenue, Suite 3700, Chicago, Illinois 60601.

     2.    I submit this Declaration in support of the motion to admit counsel *pro hac vice* in the above captioned matter. As demonstrated by the Certificate of Good Standing annexed hereto, I am a member of good standing in the State of Illinois.

     3.    There are no pending disciplinary proceedings against me in any State or Federal court.

     4.    I respectfully request that I be permitted to appear as counsel for Eaton Corporation and advocate *pro hac vice* in the above captioned case.

     I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17 day of January, in Chicago, Illinois.

                                                     */s/ Elizabeth Bradshaw*
                                                     ELIZABETH M. BRADSHAW



# ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
## of the
## SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Elizabeth M. Bradshaw
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 3700
Chicago, IL 60601

Chicago
Thursday, January 17, 2008

In re: Elizabeth M. Bradshaw
Admitted: 11/10/1994
Attorney No. 6224536

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Daryl R. Evans
Deputy Registrar

DRE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CBS CORPORATION, formerly known as
VIACOM, INC.,

                Plaintiff,

    v.

EATON CORPORATION,

                Defendant.
------------------------------------------------------------x

Civil Action No. 07 CV 11344 (LBS)

**DECLARATION OF
DANIEL BURSTEIN**

    **DANIEL BURSTEIN**, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

    1.    I am an associate in the law firm Dewey & LeBoeuf LLP, located at Two Prudential Plaza, 180 North Stetson Avenue, Suite 3700, Chicago, Illinois 60601.

    2.    I submit this Declaration in support of the motion to admit counsel *pro hac vice* in the above captioned matter. As demonstrated by the Certificate of Good Standing annexed hereto, I am a member of good standing in the State of Illinois.

    3.    There are no pending disciplinary proceedings against me in any State or Federal court.

    4.    I respectfully request that I be permitted to appear as counsel for Eaton Corporation and advocate *pro hac vice* in the above captioned case.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17 day of January, in Chicago, Illinois.

                                                      _____
                                                      DANIEL BURSTEIN

CH18851.1



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Daniel R. Burstein
Dewey & LeBoeuf LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 3700
Chicago, IL 60601

Chicago
Thursday, January 17, 2008

In re: Daniel Richard Burstein
Admitted: 11/8/2007
Attorney No. 6292485

To Whom It May Concern:

   The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By_____
Darryl R. Evans
Deputy Registrar

DRE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CBS CORPORATION, formerly known as
VIACOM, INC.,

                Plaintiff,

v.

EATON CORPORATION,

                Defendant.
------------------------------------------------------x

Civil Action No. 07 CV 11344 (LBS)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

      Upon the motion of Robert A. Abrams, attorney for Defendant Eaton Corporation, the Declarations of Elizabeth M. Bradshaw and Daniel Burstein and the exhibits annexed thereto, in support of the application for admission *pro hac vice* pursuant to Local Civil Rule 1.3(c),

    **IT IS HEREBY ORDERED** that

|  |  |
|---|---|
| Applicant's Name: | Elizabeth M. Bradshaw |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | Two Prudential Plaza, Suite 3700 |
|  | 180 North Stetson Avenue |
| City/State/Zip: | Chicago, Illinois  60601 |
| Telephone: | (312) 794-8000 |
| Fax: | (312) 794-8100 |
| Email Address: | ebradshaw@dl.com |

and

|  |  |
|---|---|
| Applicant's Name: | Daniel Burstein |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | Two Prudential Plaza, Suite 3700 |
|  | 180 North Stetson Avenue |
| City/State/Zip: | Chicago, Illinois  60601 |
| Telephone: | (312) 794-8000 |
| Fax: | (312) 794-8100 |
| Email Address: | dburstein@dl.com |

are admitted to practice *pro hac vice* as counsel for defendant Eaton Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the

313961-2-W

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
      January ___, 2008

_____<br>United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CBS CORPORATION, formerly known as : 
VIACOM, INC.,

                    Plaintiff,    :    Index No. 350117/05

- against -    :

EATON CORPORATION,    :    **AFFIDAVIT OF SERVICE**

                    Defendant.    :
------------------------------------------------------------X

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

       NOEL RIVERA, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in the State of New York.

       On January 18, 2008, deponent served a Notice of Motion to Admit Counsel *Pro Hac Vice* on the following:

                    David D. McKenery, Jr.
                    Dickie, McCamey & Chicote
                    Two PPG Place, Suite 400
                    Pittsburgh, PA 15222-5402

                    Frederick W. Bode, III
                    Dickie, McCamey & Chicote
                    Two PPG Place, Suite 400
                    Pittsburgh, PA 15222-5402

                    Kristen Hock Prex
                    Dickie, McCamey & Chicote
                    Two PPG Place, Suite 400
                    Pittsburgh, PA 15222-5402

314073-1-W

Steven W. Zoffer
Dickie, McCamey & Chicote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

the addresses designated for that purpose, by depositing a true copy of same, via First Class Mail, in a prepaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
NOEL RIVERA

Sworn to before me this
19 day of January, 2008

_____
Notary Public

SUSAN M. PEREZ
Notary Public, State of New York
No. 01PE6049360
Qualified in Nassau County
Commission Expires Oct. 10, 2010

314073-1-W                                    2