

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CBS CORPORATION, formerly known as
VIACOM, INC.,

                Plaintiff,

v.

EATON CORPORATION,

                Defendant.

Civil Action No. 07 CV 11344 (LBS)

**ORDER FOR ADMISSION
*PRO HAC VICE***

Upon the motion of Paul E. Svensson, attorney for Plaintiff CBS Corporation, the Declarations of Frederick W. Bode, III, Steven W. Zoffer, Kristen Hock Prex and David D. McKenery, Jr. and the exhibits annexed thereto, in support of the application for admission *pro hac vice* pursuant to Local Civil Rule 1.3(c),

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Frederick W. Bode, III |
| Firm Name: | Dickie, McCamey & Chilcote, P.C. |
| Address: | Two PPG Place, Suite 400 |
| City/State/Zip: | Pittsburgh, Pennsylvania 15222 |
| Telephone: | 412-281-7272 |
| Fax: | 412-392-5367 |
| Email Address: | rbode@dmclaw.com |

and

| | |
|---|---|
| Applicant's Name: | Steven W. Zoffer |
| Firm Name: | Dickie, McCamey & Chilcote, P.C. |
| Address: | Two PPG Place, Suite 400 |
| City/State/Zip: | Pittsburgh, Pennsylvania 15222 |
| Telephone: | 412-281-7272 |
| Fax: | 412-392-5367 |
| Email Address: | szoffer@dmclaw.com |

and

|  |  |
|---|---|
| Applicant's Name: | Kristen Hock Prex |
| Firm Name: | Dickie, McCamey & Chilcote, P.C. |
| Address: | Two PPG Place, Suite 400 |
| City/State/Zip: | Pittsburgh, Pennsylvania 15222 |
| Telephone: | 412-281-7272 |
| Fax: | 412-392-5367 |
| Email Address: | kprex@dmclaw.com |

and

|  |  |
|---|---|
| Applicant's Name: | David D. McKenery, Jr. |
| Firm Name: | Dickie, McCamey & Chilcote, P.C. |
| Address: | Two PPG Place, Suite 400 |
| City/State/Zip: | Pittsburgh, Pennsylvania 15222 |
| Telephone: | 412-281-7272 |
| Fax: | 412-392-5367 |
| Email Address: | dmckenery@dmclaw.com |

are admitted to practice *pro hac vice* as counsel for plaintiff CBS Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
January _____, 2008
Feb. 6

_____
United States District/~~Magistrate~~ Judge