UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CBS CORPORATION, formerly known as
VIACOM, INC.,

Plaintiff,

v.

EATON CORPORATION,

Defendant.
-----------------------------------------------------------x

Civil Action No. 07 CV 11344 (LBS)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

Upon the motion of Robert A. Abrams, attorney for Defendant Eaton Corporation, the

Declarations of Elizabeth M. Bradshaw and Daniel Burstein and the exhibits annexed thereto, in

support of the application for admission *pro hac vice* pursuant to Local Civil Rule 1.3(c),

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Elizabeth M. Bradshaw |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | Two Prudential Plaza, Suite 3700 |
| | 180 North Stetson Avenue |
| City/State/Zip: | Chicago, Illinois 60601 |
| Telephone: | (312) 794-8000 |
| Fax: | (312) 794-8100 |
| Email Address: | ebradshaw@dl.com |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3 - 6 - 0 8

and

| | |
|---|---|
| Applicant's Name: | Daniel Burstein |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | Two Prudential Plaza, Suite 3700 |
| | 180 North Stetson Avenue |
| City/State/Zip: | Chicago, Illinois 60601 |
| Telephone: | (312) 794-8000 |
| Fax: | (312) 794-8100 |
| Email Address: | dburstein@dl.com |

are admitted to practice *pro hac vice* as counsel for defendant Eaton Corporation in the above

captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
    January-__, 2008

    March 6

United States District/Magistrate Judge

313961-2-W                                 2