UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=========================================X
CBS CORPORATION, formerly known as                    Docket No.:
VIACOM, INC.,                                         07-cv-11344 (LBS)

                                                      **NOTICE OF APPEARANCE**
                    Plaintiffs,

       - against -

EATON CORPORATION,

                    Defendants.
=========================================X

    **PLEASE TAKE NOTICE** that HODGES WALSH & SLATER, LLP has already appeared as local counsel to plaintiffs, CBS CORPORATION formerly known as VIACOM, INC., in the above entitled action.

    This Notice is being filed to add the undersigned as an attorney to be electronically noticed of all ECF filings.

Dated: White Plains, New York
       March 12, 2008

_____
PAUL E. SVENSSON (PS3403)

Hodges Walsh & Slater, LLP
55 Church St., Ste. 211
White Plains, NY  10601
Tel. (914) 385-6000
Fax (914) 385-6060
<psvensson@hwslaw.com>

To: All counsel – see affidavit of service

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            SS.:)
COUNTY OF WESTCHESTER       )

KIM LAMBERTUS being duly sworn, deposes and says:

I am employed by the law firm of HODGES, WALSH & SLATER, LLP, counsel for Defendant in the above action and I am over the age of 18 years and I am not a party to this action. On March 12, 2008, I served a true copy of the annexed **Notice of Appearance** in the following manner: by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of all attorneys in this action as indicated below:

To:
David D. McKenery, Jr.
Frederick W. Bode, III
Kristen Hock Prex
Steven W. Zoffer
Dickie, McCamey & Chilcote
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Elizabeth M. Bradshaw
Dewey & LeBoeuf
180 North Stetso, Suite 3700
Chicago, IL 60601

Joseph F. Butcher
Zimmer Kunz
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219

Robert A. Abrams
Katsky Korins, LLP
605 Third Avenue, 16th Floor
New York, NY 10158

_____
KIM LAMBERTUS

Sworn to before me this
12th Day of March 2008

_____
Notary Public

PAUL E. SVENSSON
Notary Public - State of New York
No. 02SV6089565
Qualified in Dutchess County
My Commission Expires 03/24/2011